**United States District Court**
**Violation Notice**

CVB Location Code: EY51

Violation Number: 1396906
Officer Name (Print): WALSH
Officer No: 5006

1396906

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 06/30/11 14:50
Offense Charged: 18 USC 641 (USC checked)

Place of Offense: 800 POLY PLACE F/O BROOKLYN N.Y. 11209

Offense Description: THEFT - GOVERNMENT PROPERTY

**DEFENDANT INFORMATION**
Phone: (718) 235-4379
Last Name: ARDINES
First Name: LINO
M.I.: J
Street Address: 2776 PITKIN AVE. APT. #7
City: BROOKLYN  State: N.Y.  Zip Code: 11208
Date of Birth: (blank)
Drivers License No: N/A
Adult ☑  Sex: Male ☑
Hair: BLK  Eyes: BRN  Height: 6'0"  Weight: 250

**VEHICLE DESCRIPTION** (blank)

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

MCA

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

Court Address: (blank)
Date: SEP 27 2011

X Defendant Signature: [signed]

---

Handwritten notes (center):
ADJ 10/11/11
ADJ to 11/15/11
ADJ 12/6/11
ADJ by DEFT to CONTEMPLATE PRESENTED PLEA AGGREEMENT

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JUNE 30, 2011 while exercising my duties as a law enforcement officer in the EASTERN District of N.Y.

ON 6/30/11 AT 14:40 hRS. I did PERSONALLY OBSERVE THE DEFENDANT IN POSSESSION OF TEN (10) BOX'S OF SURGICAL GLOVES. The det. did not have PERMISSION OR AUTHORITY TO REMOVE SAID PROPERTY FROM The hospital.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 06/30/11  [signature] P.O. Brian Walsh

Probable cause has been stated for the issuance of a warrant

Executed on _____

CVB Scan 7/28/2011 13:28:24

# United States District Court
## Violation Notice

CVB Location Code: **EY51**

**Violation Number:** 1396907
**Officer Name (Print):** WALSH
**Officer No:** 5006

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/30/11 1450hrs
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — 184SC13-165.45

**Place of Offense:** 800 POLY PLACE, BROOKLYN NY 11209

**Offense Description:** NEW YORK PENAL LAW - CRIMINAL POSSESSION OF STOLEN PROPERTY

### DEFENDANT INFORMATION
**Phone:** (718) 235-4379
**Last Name:** ARDINES
**First Name:** LINO
**M.I.:** J
**Street Address:** 2776 PITKIN AVE APT #7
**City:** Brooklyn
**State:** NY
**Zip Code:** 11208
**Date of Birth:** —
**Driver's License No:** —
**D.L. State:** —
**Social Security No:** —

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: GY  Eyes: BRN  Height: 6'0  Weight: 250

### VEHICLE DESCRIPTION
Tag No / State / Year / Make/Model / Color — (blank)

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

MCA

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
**Date:** SEP 27 2011

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

---

ADJ 10/11/11
ADJ TO 11/15/11
ADJ 12/6/11
ADJ BY DEF. TO CONTEMPLATE PRESENTED PLEA AGREEMENT

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JUNE 30, 2011 while exercising my duties as a law enforcement officer in the EASTERN District of N.Y.

ON 06/30/11 AT 14:40 hrs. I did personally observe the defendant in possession of TEN (10) box's of SURGICAL GLOVES. The def. did not have permission or authority to remove said property from the hospital.

The foregoing statement is based upon:
✓ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 06/30/11  P.O. Bruenthal [signed]

Probable cause has been stated for the issuance of a warrant

Executed on _____  U.S. Magistrate Judge

CVB Scan 7/28/2011 13:28:24